United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Barbara De La Caridad Falcon,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Andrew Saul, Defendant.  ) | Civil Action No. 20-23921-Civ-Scola |

### Order Adopting the Magistrate Judge's Report And Recommendation

Neither party has objected to Magistrate Judge Torres's Report and Recommendation (**ECF No. 21**) concerning the parties' cross-motions for summary judgment and the time to do so has passed.

A district court need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting de novo review provided no plain error exists. *E.g., id.*; *Menendez v. Naples Cmty. Hosp., Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

Finding no plain error with Judge Torres's Report and Recommendation (**ECF No. 21**), the Court **adopts it in full**. Accordingly, the Court **denies** the Plaintiff's motion for summary judgment (**ECF No. 19**) and **grants** the Defendant's motion for summary judgment (**ECF No. 20**). Any other pending motions are **denied as moot**. The Court directs the Clerk to **close** this case.

**Done and ordered** at Miami, Florida, on September 7, 2022.

_____
Robert N. Scola, Jr.
United States District Judge